UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                 :    Case No. 1:15-cv-01847-ER
                                  Plaintiff,                     :
                                                                 :    Judge Edgardo Ramos
                    vs.                                          :
                                                                 :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
74.101.133.85,                                                   :
                                                                 :
                                  Defendant.                     :
-----------------------------------------------------------------X
```

## MOTION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; (2) Declaration of Colette Field in support of this motion; (3) Declaration of Patrick Paige in support of this motion; and (4) Declaration of Tobias Fieser in support of this motion, Malibu Media, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena on Verizon Internet Services, prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

                                        Respectfully submitted,

                            By:   /s/ Jacqueline M. James
                                  Jacqueline M. James, Esq. (1845)
                                  The James Law Firm, PLLC
                                  445 Hamilton Avenue
                                  Suite 1102
                                  White Plains, New York 10601
                                  T: 914-358-6423
                                  F: 914-358-6424
                                  E-mail: jjameslaw@optonline.net
                                  *Attorneys for Plaintiff*