# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                          Civil Action No.  1:15-cv-01847-ER

STANLEY UY,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF STANLEY UY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Stanley Uy ("Defendant").  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  Stanley Uy was assigned the IP Address 74.101.133.85.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Stanley Uy has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  September 15, 2015            Respectfully submitted,

                                                        By:  /s/ *Jacqueline M. James*
                                                        Jacqueline M. James, Esq.
                                                        jjameslaw@optonline.net
                                                        The James Law Firm PLLC
                                                        445 Hamilton Avenue
                                                        Suite 1102
                                                        White Plains, New York 10601
                                                         Telephone:  914-358-6423
                                                        Facsimile:   914-358-6424
                                                        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 15, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: _/s/ *Jacqueline M. James*_
      Jacqueline M. James